**STATEMENT OF FACTS**

      On or about August 23, 2015, officers with the Metropolitan Police Department Narcotics and Special Investigation Division Gun Recovery Unit were on patrol in the area of the 2300 block of Irving Street SE, Washington, DC 20032, when they observed the defendant driving his Cadillac SUV in an erratic manner. The officers turned on their emergency equipment and the defendant jumped out of the Cadillac and fled on foot. The officers pursued the defendant and saw him pull a loaded .38 caliber revolver from his waistband and drop it on the ground. The officers detained the defendant and recovered a loaded Taurus .45/410 caliber revolver from the waistband of his pants. To the best of the undersigned officer's knowledge, defendant Nakia Lee has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in D.C. Superior Court Criminal Case No 2004-FEL-6569. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime. He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future. To the best of this officer's knowledge, there are no Taurus .45/410 caliber revolvers or .38 caliber revolvers nor .38 and .45 caliber ammunition manufactured in the District of Columbia.

_____
OFFICER SHERMAN ANDERSON
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THIS \_\_\_\_\_ DAY OF AUGUST, 2015.

_____
U.S. MAGISTRATE JUDGE